UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEOS,<br><br>          Plaintiff,<br><br>     v.<br><br>SHERMAN, *et al.*,<br><br>          Defendants. | No.  1:20-cv-00528-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS<br><br>(Doc. No. 19) |

Plaintiff James Leos is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 13, 2020, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff stated a cognizable claim for unconstitutional conditions of confinement in violation of the Eighth Amendment against Defendants Sherman and Milan, but failed to state any other cognizable claims for relief.  The magistrate judge ordered plaintiff to either file a first amended complaint or notify the court of his willingness to proceed only on the cognizable claims.  (Doc. No. 14.)  Following an extension of time, on October 19, 2020, plaintiff notified the court of his willingness to proceed on the cognizable claims identified by the court.  (Doc. No. 18.)

Accordingly, on October 23, 2020, the magistrate judge issued findings and recommendations recommending that this action proceed on plaintiff's complaint against

1

defendants Sherman and Milan for unconstitutional conditions of confinement in violation of the Eighth Amendment.  (Doc. No. 19.)  The magistrate judge further recommended that all other claims be dismissed from this action based on plaintiff's failure to state claims upon which relief may be granted.  (*Id.*)  The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service.  (*Id.* at 9–10.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 23, 2020, (Doc. No. 19), are adopted in full;
2. This action shall proceed on plaintiff's complaint, filed April 14, 2020, (Doc. No. 1), against defendants Sherman and Milan for unconstitutional conditions of confinement in violation of the Eighth Amendment;
3. All other claims are dismissed from this action for failure to state a claim upon which relief may be granted; and
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **December 4, 2020**

UNITED STATES DISTRICT JUDGE