# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEOS,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERMAN, *et al.*,<br><br>    Defendants. | Case No. 1:20-cv-00528-NONE-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT<br><br>(ECF No. 25)<br><br>**Responsive Pleading Due: April 10, 2021** |

Plaintiff James Leos ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendants Sherman and Milam[1] for unconstitutional conditions of confinement in violation of the Eighth Amendment.

On December 9, 2020, the Court ordered electronic service on Defendants and directed the California Department of Corrections and Rehabilitation ("CDCR") to file a Notice of E-Service Waiver advising the Court which defendant(s) would be waiving service of process without the need for personal service. (ECF No. 21.) That order also required the California Office of the Attorney General ("OAG") to file, within 30 days from the filing of the Notice of E-Service Waiver, a separate waiver of service of process for any defendant waiving service under Federal Rule of Civil Procedure 4(d)(1). (Id.) CDCR returned the Notice of E-Service Waiver on December 11, 2020, and executed waivers of service were filed for both Defendants on January 7,

---

[1] Erroneously sued as "Milan."

2021.  (ECF Nos. 23, 24.)  Pursuant to the Court's December 9, 2020, order finding service of complaint appropriate and directing electronic service, Defendants' answers or other responsive pleadings were therefore due on or before February 9, 2021.  (See ECF No. 21.)

Currently before the Court is Defendants' ex parte application for extension of time to file a response to Plaintiff's complaint, filed February 8, 2021.  (ECF No. 25.)  Plaintiff has not had the opportunity to respond to the motion, but the Court finds no need for a response.  Local Rule 203(l).

In support of the motion, counsel for Defendants declares that he was assigned to handle this matter on December 21, 2020.  (ECF No. 25.)  Because of his recent assignment to this case and prison restrictions to combat the ongoing COVID-19 crisis, counsel has been unable to obtain any case-related documents and information from the California Department of Corrections and Rehabilitation, speak to his clients while attempting to prepare a responsive pleading, or investigate Plaintiff's allegations.  Counsel therefore requests a sixty-day extension of time, until April 10, 2021, to draft a responsive pleading.  (Id.)

The Court, having considered Defendants' request, finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6(b).  The Court further finds that Plaintiff will not be prejudiced by the requested extension.

Accordingly, it is HEREBY ORDERED as follows:

1. Defendants' request for an extension of time to answer the complaint, (ECF No. 25), is GRANTED; and
2. Defendants shall file and serve a response to Plaintiff's complaint on or before **April 10, 2021**.

IT IS SO ORDERED.

Dated:   **February 10, 2021**          /s/ *Barbara A. McAuliffe*  
                                        UNITED STATES MAGISTRATE JUDGE